# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 24, 2012

145000

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                       SC: 145000
                                       COA: 307355
                                       Kent CC: 11-000793-FH

JAY EDWARD CARTER,
          Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the January 31, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 24, 2012                                   _____
                                                    Clerk

h0716